■ In the Matter of RICHARD HEIN, Appellant, v TINA M. STANFORD, Chairperson, New York State Division of Parole, et

al., Respondents. [45 NYS3d 842]—Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered October 28, 2015 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Sanchez v Evans*, 111 AD3d 1315 [2013]). Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.